**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CR-17-55-GF-BMM** |
| Plaintiff, | |
| vs. | **ORDER ALLOWING ATTORNEY TO APPEAR BY VIDEO** |
| JAY NASH, | |
| Defendant. | |

Defendant JAY NASH, having filed a Motion to Allow Attorney to Appear by Video and with good cause shown, IT IS HEREBY ORDERED that the Motion to Allow Attorney to Appear by Video for the SENTENCING hearing set for Thursday, January 24, 2019, at 9:00 a.m. is **GRANTED**. Defense counsel will make arraingments with the Clerk of Court in the Great Falls Division to appear by video.

DATED this 23rd day of January, 2019.

Brian Morris
United States District Court Judge